UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMALL BUSINESS TERM LOANS, INC. D/B/A BFS CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>ABC DISPOSAL SERVICE, INC., NEW BEDFORD WASTE SERVICES, LLC, MICHAEL A. CAMARA, KENNETH J. CAMARA and STEVEN A. CAMARA,<br><br>Defendants. | C.A. No. 1:16-cv-10454-GAO |
| ABC DISPOSAL SERVICE, INC., and NEW BEDFORD WASTE SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SMALL BUSINESS TERM LOANS, INC. D/B/A BFS CAPITAL,<br><br>Defendant. | Case No. 1:17-cv-10249-GAO |

## SCHEDULING ORDER AND DISCOVERY PLAN

The two cases captioned above are consolidated for all purposes, and the automatic stay has been lifted in the first action with respect to the claims against the individual defendants.

The parties to the consolidated actions have conferred and agree to the following proposed schedule:

1. <u>Written Discovery</u>:

    a. The parties have already served their first sets of written discovery.

b. All responses to the parties' first sets of written discovery, including answers to interrogatories and responses to requests for production of documents, shall be served on or before August 11, 2017.

c. All documents responsive to the first sets of written discovery and not subject to objection will be produced on or before September 22, 2017.

d. Any motion for protective order or motion to quash with respect to the first sets of written discovery and outstanding subpoenas shall be filed on or before August 11, 2017. Responses to such motions shall be filed on or before August 26th, and replies shall be due on or before September 8, 2017.

e. Nothing in this Order shall prohibit any party from filing additional written discovery consistent with the Federal Rules of Civil Procedure and this Court's Local Rules.

2. <u>Depositions of Fact Witnesses</u>: All depositions, other than depositions of experts, shall be noticed and completed by the later of December 22, 2017 or 60 days after the Court resolves any motion for protective order or motion to quash.

3. <u>Length of Depositions</u>: Each deposition shall be completed within seven (7) hours on one day.

IT IS SO ORDERED.
       August 10 , 2017                  /s/ George A. O'Toole, Jr.

                                                          UNITED STATES DISTRICT JUDGE